UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA HARTLEY,<br><br>            Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Defendant. | CASE NO. C18-5576 BHS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION, VACATING ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, GRANTING PLAINTIFF'S RULE 56(D) MOTION, AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE |

This matter comes before the Court on the Court's order granting Defendant National Railroad Passenger Corporation's ("Amtrak") motion for summary judgment on punitive damages, Dkt. 25, and Plaintiff Joshua Hartley's ("Hartley") motion for reconsideration, Dkt. 28,

On February 26, 2020, the Court granted Amtrak's motion for summary judgment. Dkt. 25. On March 11, 2020, Hartley filed the instant motion for reconsideration seeking the opportunity to submit additional evidence in support of his opposition after certain discovery is completed. Dkt. 28. On May 15, 2020, the Court requested a response from

1  Amtrak and renoted Hartley's motion. Dkt. 35.  On May 19, 2020, Amtrak responded
2  and essentially conceded that reconsideration was warranted.  Dkt. 36.  Amtrak
3  acknowledged that the Court had granted additional discovery in other related cases on
4  the issue of punitive damages and offered to renew its motion for summary judgment
5  once that discovery was completed.  *Id.*  On May 22, 2020, Hartley replied.  Dkt. 37.

6      The Court finds that it committed a legal error in failing to address Hartley's Rule
7  56(d) motion in response to Amtrak's motion for summary judgment.  Therefore, the
8  Court **GRANTS** Hartley's motion for reconsideration, Dkt. 28, and **VACATES** it
9  previous order, Dkt. 25.  Based on the parties' current positions, the Court **GRANTS**
10  Hartley's Rule 56(d) motion and **DENIES without prejudice** Amtrak's motion for
11  summary judgment on punitive damages, Dkt. 18.

12      **IT IS SO ORDERED**.

13      Dated this 27th day of May, 2020.

                      BENJAMIN H. SETTLE
                      United States District Judge