THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSHUA HARTLEY and JENNIFER HARTLEY,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>　　　　　　　Defendant. | Case No. 3:18-cv-05576-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

**DATED** this 26th day of February 2021.

| CLIFFORD LAW FIRM | LANE POWELL PC |
|---|---|
| By: *s/ Sean P. Driscoll*<br>Sean P. Driscoll (*Pro Hac Vice*)<br>spd@cliffordlaw.com<br>Kevin P. Durkin (*Pro Hac Vice*)<br>kpd@cliffordlaw.com<br>Kristopher S. Riddle (*Pro Hac Vice*)<br>ksr@cliffordlaw.com<br><br>*Attorneys for Plaintiffs* | By: *s/ Tim D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br>Warren E. Babb, Jr., WSBA No. 13410<br>babbw@lanepowell.com<br><br>*Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 3:18-CV-05576-BHS
019188.0398/8372624.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| LUVERA LAW FIRM | LANDMAN CORSI BALLAINE & FORD |
| By: *s/ Robert N. Gellatly*<br>Robert N. Gellatly, WSBA No. 15284<br>robert@luveralawfirm.com<br>David M. Beninger, WSBA No. 18432<br>david@luveralawfirm.com<br>Andrew Hoyal, WSBA No. 21349<br>andy@luveralawfirm.com | By: *s/ Mark S. Landman*<br>Mark S. Landman (*Pro Hac Vice*)<br>mlandman@lcbf.com<br>John A. Bonventre (*Pro Hac Vice*)<br>jbonventre@lcbf.com<br>(Limited Admission Pursuant to APR 8(b)) |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
CASE NO. 3:18-CV-05576-BHS

019188.0398/8372624.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX:  206.223.7107

## ORDER

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

**DATED** this 1st day of March, 2021.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
BENJAMIN H. SETTLE
United States District Judge

Presented by:

CLIFFORD LAW FIRM

LANE POWELL PC

By: *s/ Sean P. Driscoll*
Sean P. Driscoll *(Pro Hac Vice)*
spd@cliffordlaw.com
Kevin P. Durkin *(Pro Hac Vice)*
kpd@cliffordlaw.com
Kristopher S. Riddle *(Pro Hac Vice)*
ksr@cliffordlaw.com

By: *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com

*Attorneys for Plaintiffs*

*Attorneys for Defendant National Railroad Passenger Corporation*

LUVERA LAW FIRM

LANDMAN CORSI BALLAINE & FORD

By: *s/ Robert N. Gellatly*
Robert N. Gellatly, WSBA No. 15284
robert@luveralawfirm.com
David M. Beninger, WSBA No. 18432
david@luveralawfirm.com
Andrew Hoyal, WSBA No. 21349
andy@luveralawfirm.com

By: *s/ Mark S. Landman*
Mark S. Landman *(Pro Hac Vice)*
mlandman@lcbf.com
John A. Bonventre *(Pro Hac Vice)*
jbonventre@lcbf.com
(Limited Admission Pursuant to APR 8(b))

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
CASE NO. 3:18-CV-05576-BHS
019188.0398/8372624.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX:  206.223.7107

1 | *Attorneys for Plaintiffs*     *Attorneys for Defendant National Railroad Passenger Corporation*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 4
CASE NO. 3:18-CV-05576-BHS

019188.0398/8372624.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX:  206.223.7107